THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS DEAN ARMSTRONG,<br><br>Defendant. | CASE NO. CR13-0322-JCC<br><br>ORDER GRANTING MOTIONS FOR CONTINUANCE OF SENTENCING AND FOR A COMPETENCY HEARING PURSUANT TO 18 U.S.C. §4241 |

This matter comes before the Court on Defendant's motions for a hearing pursuant to 18 U.S.C. §4241 (Dkt. 77), and for a continuance in sentencing. (Dkt. 90) Plaintiff has filed a motion in support of the motion for a competency hearing, (Dkt. 81) and has not opposed the motion for continuance of sentencing. Having thoroughly considered the parties' briefing and the relevant record, the Court has concluded that the motion for a competency hearing (Dkt. 77) is timely and that good and sufficient grounds have been presented for utilizing the procedures established in Chapter 313 of Title 18, United States Code, for assessment of the defendant's competency to stand trial. Therefore, it is hereby ORDERED as follows:

1. The motion for a competency hearing pursuant to 18 U.S.C. §4241 (Dkt. 77) is granted;

2. A competency hearing shall be set in this matter for a date not later than 30 days after the receipt of the report provided for in this order;

3. A psychiatric or psychological examination of the defendant shall be conducted within 60 days of this order;

4. The attorneys for the parties shall confer and agree upon the psychiatrist or psychologist ("the expert") who shall conduct the examination, provided that, as required by statute, the expert must be a licensed or certified psychiatrist or psychologist;

5. The examination shall be conducted at the Federal Detention Center, Sea-Tac, Washington, unless otherwise directed by a subsequent order of the court;

6. The defendant shall participate in the examination process and shall cooperate with the expert;

7. The expert shall file a report on the examination with the court, under seal, within 30 days after completion of the examination;

8. Copies of the report shall be provided to the attorney for the defendant and to the attorney for the United States;

9. The report shall include: (1) the defendant's history and present symptoms; (2) a description of the psychiatric, psychological and medical tests that were employed and their results; (3) the expert's findings; (4) the expert's opinions as to diagnosis, prognosis, and an opinion as to whether at the time of trial (March, 2014) the defendant was suffering from a mental disease or defect rendering him mentally incompetent to the extent that he was unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

10. Information that the defendant provides in the course of the evaluation shall be used

solely for purpose of participating in and informing the evaluation process and shall not be used for any other purpose whatsoever; and

11. In order to permit the completion of the examination and report and the conduct of a competency hearing (if necessary) before sentencing, the motion to continue sentencing (Dkt. 90) is GRANTED, and sentencing is continued until 9:00 a.m. January 27th, 2015.

DATED this 18th day of September 2014.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTIONS FOR
CONTINUANCE OF SENTENCING AND FOR A
COMPETENCY HEARING PURSUANT TO 18
U.S.C. §4241
PAGE - 3