Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LEWIS DEAN ARMSTRONG,<br><br>  Defendant. | NO. CR13-0322RAJ<br><br>[~~PROPOSED~~]<br>ORDER FOR COMPETENCY<br>EVALUATION AND HEARING |

This matter has come before this Court upon an Order from the Ninth Circuit Court of Appeals granting Appellant/Defendant Lewis Dean Armstrong's motion for a competency determination. The order provides in pertinent part: "This case is remanded to the district court for the limited purpose of determining whether defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his post-conviction proceedings." (15-30178 Ninth Circuit Docket Entry No. 66.)

In accordance with the above-referenced order, and pursuant to 18 U.S.C. §§ 4241(b), 4247(b), and 4247(c),

IT IS HEREBY ORDERED:

1. That the defendant be committed to the custody of the Attorney General for such reasonable period of time as is necessary for the conduct of such examination as is herein requested, such period not to exceed 30 days without further order of the Court.

[~~PROPOSED~~] ORDER FOR COMPETENCY EVALUATION
AND HEARING / LEWIS DEAN ARMSTRONG - 1
CR13-0322RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

2. That the United States Marshal is hereby authorized to forthwith transport the defendant to a suitable facility designated to perform the psychiatric and/or psychological mental examination.

3. That such psychiatric and/or psychological mental examination referred to herein is for the purpose of determining whether defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense.

4. That the examination be conducted by a mental health professional as indicated in 18 U.S.C. § 4247(b).

5. That upon completion of the examinations as herein requested, the examiner(s) prepare a full report, such report to include all of the following as required by 18 U.S.C. § 4247(c):

    (a) The defendant's history and present symptoms.

    (b) A description of the psychiatric, psychological, and medical tests that were employed and their results.

    (c) The examiner's findings.

    (d) The examiner's opinion as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him, or to assist properly in his defense, as defined in 18 U.S.C. § 4241(a).

6. That the report herein requested be filed with this Court and copies provided to counsel for the parties as is provided for in 18 U.S.C. § 4247(c).

///
////
///

ORDER FOR COMPETENCY EVALUATION
AND HEARING / LEWIS DEAN ARMSTRONG - 2
CR13-0322RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

7. That following receipt of the report herein requested, the Court will conduct a hearing to determine whether defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his post-conviction proceedings.

DONE this 14th day of February, 2017.

_____
RICHARD A. JONES
United States District Judge

Presented by:

_____
J. TATE LONDON
Assistant United States Attorney

_____
MICHELE SHAW
Attorney for Lewis Dean Armstrong

PROPOSED ORDER FOR COMPETENCY EVALUATION
AND HEARING / LEWIS DEAN ARMSTRONG - 3
CR13-0322RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970