UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS DEAN ARMSTRONG,<br><br>Defendant. | No. CR13-322RAJ<br><br>ORDER GRANTING MOTION<br>TO WITHDRAW AND FOR<br>APPOINTMENT OF NEW COUNSEL |

THIS MATTER comes before the Court on the motion of defense counsel to withdraw as counsel of record for defendant Lewis Dean Armstrong for competency proceedings in the above-referenced cause number. Having heard from counsel and the defendant at a hearing conducted on this date, and the Court being advised on the premises, the Court finds that good cause exists for the withdrawal of Ms. Shaw and appointment of new counsel in this case.

IT IS HEREBY ORDERED that defense counsel's motion (Dkt. #156) is GRANTED. Michele Shaw is granted leave to withdraw as counsel for defendant Lewis Dean Armstrong; and

1   IT IS FURTHER ORDERED that substitute CJA counsel be appointed to

2 represent Mr. Armstrong in the competency proceedings.

3   DATED this 18th day of August, 2017.

4

5                 _____

6                 The Honorable Richard A. Jones
                  United States District Judge