JUDGE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS DEAN ARMSTRONG,<br><br>Defendant. | No. CR13-322-RAJ<br><br>ORDER DIRECTING DEFENDANT TO REMAIN AT FDC-SEATAC DURING PENDENCY OF THE COMPETENCY PROCEEDINGS |

THE COURT having considered the need for appointed counsel to be able to meet and confer defendant in preparation for an anticipated competency hearing in this District,

HEREBY ORDERS that the defendant, Lewis Dean Armstrong, Register Number 43600-086, remain held at the Federal Detention Center in Seatac, Washington, and not be transported to any other facility within the Bureau of Prisons until after the conclusion of the competency proceedings in this matter.

DATED this 28th day of August, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1