1        Judge Richard A. Jones

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
10                                    AT SEATTLE

11   UNITED STATES OF AMERICA,

12                             Plaintiff,          NO.  CR13-322RAJ

13                 v.                              ORDER TO SEAL EXHIBITS A and B

14   LEWIS DEAN ARMSTRONG,

15                             Defendant.

16

17          Having considered the Government's Motion to Seal Exhibits A and B of the

18   Stipulated Motion for an Independent Competency Evaluation in the above-captioned case,

19
     and finding good cause,
20
            It is hereby ORDERED that the Government's Motion to Seal (Dkt. #165) is
21
     GRANTED.  Exhibits A and B to the parties' Stipulated Motion for an Independent
22
     Competency Evaluation shall be sealed and remain sealed.
23
            DATED this 13th day of September, 2017.
24

25                                        _____

26

27                                        The Honorable Richard A. Jones
                                          United States District Judge
28

ORDER TO SEAL EXHIBITS A and B - 1
CR13-322RAJ; LEWIS DEAN ARMSTRONG