Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEWIS DEAN ARMSTRONG,

Defendant.

NO. CR13-322RAJ

ORDER TO SEAL STIPULATED MOTION
FOR INDEPENDENT COMPETENCY
EVALUATION

Having considered the Government's Motion to Seal the Stipulated Motion for an Independent Competency Evaluation in the above-captioned case, and finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #167) is GRANTED. The parties' Stipulated Motion for an Independent Competency Evaluation, filed under Dkt. #164, shall be sealed and remain sealed.

DATED this 13th day of September, 2017.

The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970