Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS DEAN ARMSTRONG,<br><br>Defendant. | CASE NO. CR13-322RAJ<br><br>ORDER GRANTING THE PARTIES'<br>STIPULATED MOTION FOR AN<br>INDEPENDENT COMPETENCY<br>EVALUATION |

THIS COURT, having reviewed the parties' stipulated motion, the contradictory competency evaluations filed with the motion, and based on the files and records herein, and finding good cause,

Hereby ORDERS that the parties' Stipulated Motion (Dkt. #164) is GRANTED. The Defendant shall undergo an independent forensic evaluation to be conducted at the Federal Detention Center at SeaTac by a psychiatrist or psychologist approved by the Court for the limited purpose of determining whether Defendant is competent to understand the nature and consequences of the proceedings against him, and to assist properly in his post-conviction proceedings.

DATED this 13th day of September, 2017.

_____

The Honorable Richard A. Jones
United States District Judge