1      Judge Richard A. Jones

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
9                             AT SEATTLE

10   UNITED STATES OF AMERICA,

11                          Plaintiff,        NO.  CR13-0322RAJ

12          v.

13   LEWIS DEAN ARMSTRONG,                    ORDER FOR APPOINTMENT OF AN
                                              INDEPENDENT COMPETENCY
14                          Defendant.        EVALUATOR

15

16

17          THIS MATTER having come before this Court upon a stipulated motion for

18   appointment of an independent competency evaluator to assist the Court in determining

19   whether Defendant-Appellant Lewis Dean Armstrong is competent to understand the nature

20   and consequences of the proceedings against him and to assist properly in his post-

21   conviction proceedings, it is therefore

22          ORDERED that the parties' stipulated motion (Dkt. #176) is GRANTED.

23   Kenneth Muscatel, PhD, is hereby appointed to conduct an evaluation to assist the Court

24   in determining whether Defendant-Appellant Lewis Dean Armstrong is competent to

25   understand the nature and consequences of the proceedings

26   ///

27   ///

28   ///

ORDER FOR APPOINTMENT OF AN                         UNITED STATES ATTORNEY
INDEPENDENT COMPETENCY EVALUATOR - 1                700 STEWART STREET, SUITE 5220
CR13-0322RAJ / LEWIS DEAN ARMSTRONG                 SEATTLE, WASHINGTON 98101-1271
                                                    (206) 553-7970

against him and to assist properly in his post-conviction proceedings, and provide his report to the Court and counsel for the parties.

DATED this 12th day of October, 2017.

_____
The Honorable Richard A. Jones
United States District Judge