JUDGE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS DEAN ARMSTRONG,<br><br>Defendant. | No. CR13-322-RAJ<br><br>ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW |

THE COURT, having considered the motion of defense counsel to withdraw, as well as the record and files herein, finds as follows: This matter was remanded to the district court for the limited purpose of determining whether Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his post-conviction proceedings.

On March 6, 2018, the court determined Defendant to be not competent to assist in his post-conviction proceedings. That determination has been appealed to the Ninth Circuit Court of Appeals. As the limited purpose of the remand to this court has now been fulfilled, the court hereby GRANTS defense counsel Emily Gause's Motion to Withdraw (Dkt. #191).

///

ORDER - 1

Defendant remains represented by attorney Robert Gombiner for purposes of his appeal in the Ninth Circuit Court of Appeals.

DATED this 30th day of March, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1