| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 1 2018 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

LEWIS DEAN ARMSTRONG,

    Defendant-Appellant.

No. 18-30057

D.C. No. 2:13-cr-00322-RAJ-1
Western District of Washington, Seattle

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion to file Volume 2 of appellant's excerpts of record under seal (Docket Entry No. 18), to which no opposition has been filed, is granted. The Clerk shall file Volume 2 of appellant's excerpts of record under seal. The Clerk shall publicly file Volume 1 of appellant's excerpts of record submitted at Docket Entry No. 17.

The Clerk shall file the opening brief submitted at Docket Entry No. 16. The answering brief remains due August 14, 2018. The optional reply brief remains due within 21 days after service of the answering brief.

IHP/MOATT