Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>    v.<br><br>LEWIS DEAN ARMSTRONG,<br><br>                    Defendant. | CASE NO. CR13-322RAJ<br><br>ORDER STRIKING MOTION |

      The Court is in receipt of Defendant Lewis Dean Armstrong's "Pro Se Petition for Motion for Competency Hearing" (Dkt. #207).

      On January 13, 2017, this matter was remanded by the Ninth Circuit Court of Appeals to the district court for the limited purpose of determining whether Defendant was competent to understand the nature and consequences of the proceedings against him and to assist properly in his post-conviction proceedings.

      On March 6, 2018, after conducting a competency hearing at which Dr. Kenneth Muscatel and the Defendant testified, the Court determined Defendant to be not competent to assist in his post-conviction proceedings. That determination was appealed to the Ninth Circuit Court of Appeals.

///

///

///

1    Defendant is represented by attorney Robert Gombiner for purposes of his appeals.
2 Because Defendant is represented by counsel, only counsel may submit filings. This
3 court therefore declines to entertain the motion and orders the clerk to STRIKE the
motion.

    DATED this 16th day of August, 2019.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge