Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:13-cr-00322-RAJ |
| Plaintiff, | ORDER STRIKING MOTION |
| v. | |
| LEWIS DEAN ARMSTRONG, | |
| Defendant. | |

The Court is in receipt of Defendant Lewis Dean Armstrong's pro se "Motion for Competency Hearing" (Dkt. # 224). As set forth in the Court's previous Orders Striking Motion entered on August 16, 2019, September 19, 2019, and July 10, 2020, this matter was remanded by the Ninth Circuit Court of Appeals to the district court for the limited purpose of determining whether Defendant was competent to understand the nature and consequences of the proceedings against him and to assist properly in his post-conviction proceedings. The competency proceedings were concluded by this Court on March 6, 2018. The matter has been remanded by the Ninth Circuit Court of Appeals for resentencing, which has now been scheduled before this Court on October 23, 2020, at 10:00 a.m.

Mr. Armstrong is represented by counsel, Robert Gombiner. Dkt. 174. As such, Mr. Armstrong may not file a *pro se* motion unless he complies with the requirements of Local Civil Rule 83.2(b)(5). *See* Local Rules W.D. Wash. LCrR 1(a) (adopting Local Rules W.D. Wash. LCR 83.2(b) for criminal proceedings).

1   This Court therefore declines to entertain the motion and orders the clerk to
2   STRIKE the motion.
3       DATED this 24th day of August, 2020.

4

5

6       The Honorable Richard A. Jones
        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER STRIKING MOTION - 2