Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>LEWIS DEAN ARMSTRONG,<br><br>           Defendant. | NO. 2:13-cr-00322-RAJ<br><br>ORDER STRIKING MOTION |

The Court is in receipt of Defendant Lewis Dean Armstrong's pro se "Motion for Competency Hearing" (Dkt. # 227). As set forth in the Court's previous Orders Striking Motion entered on August 16, 2019, September 19, 2019, July 10, 2020, and August 24, 2020, this matter was remanded by the Ninth Circuit Court of Appeals to the district court for the limited purpose of determining whether Defendant was competent to understand the nature and consequences of the proceedings against him and to assist properly in his post-conviction proceedings. The competency proceedings were concluded by this Court on March 6, 2018. The matter has been remanded by the Ninth Circuit Court of Appeals for resentencing. The resentencing was previously set for October 23, 2020, but due to the impacts of the COVID-19 pandemic has now been rescheduled for December 18, 2020, at 10:00 a.m.

ORDER STRIKING MOTION - 1

Contrary to the statements set forth in Mr. Armstrong's motion, he is currently represented by counsel, Robert Gombiner. Dkt. 174. As such, Mr. Armstrong may not file a *pro se* motion unless he complies with the requirements of Local Civil Rule 83.2(b)(5). *See* Local Rules W.D. Wash. LCrR 1(a) (adopting Local Rules W.D. Wash. LCR 83.2(b) for criminal proceedings).

This Court therefore declines to entertain the motion and orders the clerk to STRIKE the motion.

DATED this 15th day of September, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge