JUDGE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LEWIS DEAN ARMSTRONG,<br><br>　　　　　　Defendant. | No. CR13-322-RAJ<br><br>ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW |

　　THE COURT, having considered the motion of defense counsel to withdraw, and the record and files herein, and good cause having been found,

　　IT IS ORDERED that defense counsel Robert Gombiner's Motion to Withdraw (Dkt. #229) is GRANTED.  Successor counsel shall be appointed by the CJA Coordinator.  Mr. Gombiner shall remain counsel of record until successor counsel is appointed.

　　DATED this 29th day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1