Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEWIS DEAN ARMSTRONG, <br><br> Defendant. | NO. 2:13-cr-00322-RAJ <br><br> ORDER STRIKING MOTIONS |

The Court is in receipt of Defendant Lewis Dean Armstrong's *pro se* "Petition to Have Trial Judge John C. Coughenour Evaluated for Competency" (Dkt. #239) and "Petition for Records" (Dkt. #240). As set forth in the Court's previous Orders Striking Motions entered on August 16, 2019, September 19, 2019, July 10, 2020, August 24, 2020, September 15, 2020, and October 15, 2020, this matter was remanded by the Ninth Circuit Court of Appeals to the district court for the limited purpose of determining whether Defendant was competent to understand the nature and consequences of the proceedings against him and to assist properly in his post-conviction proceedings. The competency proceedings were concluded by this Court on March 6, 2018. The matter has been remanded by the Ninth Circuit Court of Appeals for resentencing. The resentencing was previously set for December 18, 2020, but due to the impacts of the COVID-19 pandemic, and because Defendant's previous counsel's motion to withdraw and for appointment of successor counsel was recently granted, Defendant's resentencing has now been rescheduled for March 5, 2021 at 10:00 a.m.

1  Mr. Armstrong is currently represented by counsel, Terrence Kellogg.  *See* Dkt.
2  #234.  As such, Mr. Armstrong may not file a *pro se* motion unless he complies with the
3  requirements of Local Civil Rule 83.2(b)(5).  *See* Local Rules W.D. Wash. LCrR 1(a)
   (adopting Local Rules W.D. Wash. LCR 83.2(b) for criminal proceedings).
4  This Court therefore declines to entertain the motions and orders the clerk to
5  STRIKE them.

DATED this 26th day of October, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER STRIKING MOTIONS - 2