2:13-cr-00322-RAJ-1

10-27-2020

Court Clerk,

"Pro-se" Petition to charge john c. coughenour with "Purjury."

___ FILED  ___ LODGED  ___ RECEIVED  [MAIL]
NOV 02 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

So now the court wants me to file motions as if I am a law student. Pro-se motions are what someone like me: Someone who doesn't know the law, submit when asking for something, If I was a Law student, I'd of been able to stop the Gross Miscarriage of Justice that was done to me.

The trial judge has committed perjury and I want him charged for it, How can there be justice if they are allowed to do what ever they want.

The puppets they keep assigning to pretend to represent me will do nothing that will reveal the tampering of trial records. but Soon there will be an investigation and the Press and Media will be informed of the tampering of the records and Jury members will hear of it and come forth; The truth is going to come out, why try to hide it....

I want charges placed on trial judge john c. coughenour for Purjury A.S.A.P.

I declare under penalty of perjury under the law of the united state of America that the forgoing is true and correct.

10-27-2020

*Lewis Armstrong*

Lewis Armstrong 43600-086
United States penitentiary marion
P.O. Box 1000
Marion, IL. 62959

Legal mail...

I am not a Law Student!

SAINT LOUIS MO 630
28 OCT 2020 PM 4 L

FILED
LODGED
RECEIVED

NOV 02 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

U.S. District Court for Western Washington Seattle
Court Clerk
700 Stewart Street, Suite 2310
Seattle, WA. 98101

98101-444285