JUDGE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR13-322-RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENSE COUNSEL KELLOGG'S MOTION TO WITHDRAW |
| vs. | |
| LEWIS DEAN ARMSTRONG, | |
| Defendant. | |

THE COURT, having considered the motion of counsel for Defendant Lewis Dean Armstrong for entry of an order granting permission to withdraw, having heard *ex parte* from Defendant Armstrong and his counsel, and being familiar with the records and files in this matter, the Court orders that defense counsel's Motion to Withdraw (Dkt. # 249) is GRANTED.

Mr. Kellogg is granted leave to withdraw and successor counsel shall be appointed by the CJA Coordinator. Mr. Kellogg shall remain counsel of record until successor counsel is appointed.

DATED this 9th day of July, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1