HONORABLE RICARD A. JONES

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS DEAN ARMSTRONG,<br><br>Defendant. | Cause No.  CR 13-322 RAJ<br><br>**ORDER PERMITTING FILING OF OVERLENGTH BRIEF** |

This matter having come before the Court on motion of the Defendant above-named for leave to file a brief in support of his motion for a competency hearing that exceeds the page limit specified in Local Criminal Rule 12(b)(5), and the Defendant having shown good cause, it is hereby order that the motion is granted.

///

///

ORDER PERMITTING FILING OF
OVERLENGTH BRIEF - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

DATED this 29th day of July, 2021.

_____
HONORABLE RICHARD A. JONES
U.S. DISTRICT COURT JUDGE

ORDER PERMITTING FILING OF
OVERLENGTH BRIEF - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818