HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEWIS DEAN ARMSTRONG, <br><br> Defendant. | Cause No.  CR 13-322 RAJ <br><br> **ORDER PERMITTING FILING OF DECLARATION UNDER SEAL** |

This matter having come before the Court on Motion of the Defendant above-named to file the Declaration in Support of his Motion for a Competency Hearing under seal, and good cause appearing therefore, it is hereby ordered that the Clerk shall file the Declaration of Gilbert Levy in support of the Defendant's Motion for a Competency hearing and the attachments thereto under seal.

///

///

ORDER PERMITTING FILING OF
DECLARATION UNDER SEAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

DATED this 29th day of July, 2021

*Richard A. Jones*
_____
HONORABLE RICHARD A. JONES
U.S. DISTRICT COURT JUDGE

ORDER PERMITTING FILING OF
DECLARATION UNDER SEAL - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818