HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEWIS DEAN ARMSTRONG,<br><br>　　　　　　　　Defendant. | Cause No. 2:13-cr-322-RAJ<br><br>ORDER PERMITTING FILING<br>OF OVERLENGTH BRIEF |

THIS MATTER having come before the Court on motion of the Defendant for leave to file a brief in support of his motion for a new trial that exceeds the page limit specified in Local Criminal Rule 12(b)(5), and the Defendant having shown good cause, it is hereby ordered that the motion (Dkt. 267) is GRANTED.

DATED this 1st day of March, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING FILING OF
OVERLENGTH BRIEF - 1

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818