Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS DEAN ARMSTRONG,<br><br>Defendant. | NO. 2:13-cr-0322-RAJ<br><br>ORDER GRANTING MOTION TO SEAL UNITED STATES' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR A NEW TRIAL AND EXHIBITS A THROUGH D |

This matter has come before the Court on the motion to seal United States' Opposition to Defendant's Motion for a New Trial and Exhibits A through D. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the United States' Opposition to Defendant's Motion for a New Trial and Exhibits A through D, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the motion (Dkt. 270) is GRANTED. The Government's Response to Defendant's Motion for a New Trial and Exhibits A through D shall remain filed under seal.

DATED this 1st day of March, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Armstrong,* 2:13-cr-0322-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970