Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEWIS DEAN ARMSTRONG,<br><br>　　　　　　Defendant. | NO. 2:13-cr-00322-RAJ<br><br>ORDER |

THIS MATTER came before the Court upon Defendant Lewis Dean Armstrong's Motion for New Trial. Having considered the Motion, the United States' Memorandum in Opposition, and Defendant's Reply, for the reasons stated orally on the record at a hearing on April 8, 2022, Defendant's Motion for New Trial (Dkt. 268) is DENIED.

DATED this 12th day of April, 2022.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1