Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-00322-RAJ |
| Plaintiff, | |
| v. | ORDER ADJUDGING DEFENDANT COMPETENT |
| LEWIS DEAN ARMSTRONG, | |
| Defendant. | |

This matter having come before this Court, pursuant to 18 U.S.C. § 4241, to determine whether defendant Lewis Dean Armstrong is competent to proceed with a resentencing hearing, the Court having conducted a competency hearing in accordance with 18 U.S.C. 4247(d) on April 8, 2021, and having considered the testimony of the forensic psychologist at the FDC SeaTac who evaluated defendant and the exhibits presented at the hearing, including the Forensic Evaluation dated January 11, 2022, issued by the testifying witness, having heard arguments from counsel for the parties, and having reviewed the records and files herein,

THE COURT HEREBY FINDS, by a preponderance of the evidence, and for the reasons stated orally on the record, that the defendant is mentally competent for purposes of being resentenced, that is, defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

ORDER ADJUDGING DEFENDANT COMPETENT - 1
*United States v. Lewis Dean Armstrong*, CR13-00322-RAJ

1      IT IS HEREBY ORDERED, that defendant's resentencing hearing is scheduled

2 for **June 10, 2022, at 10:00 a.m.**

3

4      DATED this 15th day of April, 2022.

5

6

7      The Honorable Richard A. Jones

8      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ADJUDGING DEFENDANT COMPETENT - 2
*United States v. Lewis Dean Armstrong,* CR13-00322-RAJ