Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEWIS ARMSTRONG,<br><br>　　　　　　　　Defendant. | NO.  2:13-cr-00322-RAJ<br><br>ORDER ON UNOPPOSED MOTION RE: ACCESS TO RECORDING OF 6/23/2014 SEALED HEARING |

Good cause appearing and the government having no opposition, it is hereby ordered that Defendant's Unopposed Motion re: Access to Sealed Recording (Dkt. 298) is GRANTED.  The Clerk shall provide defendant's appellate CJA counsel of record, Myra Sun, access to a recording of a sealed hearing, held on June 23, 2014, the minutes of which are noted at Dkt. 71.

DATED this 7th day of October, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ON UNOPPOSED MOTION RE:
SEALED HEARING RECORDING - 1

MYRA SUN
ATTORNEY AT LAW
1010 N. CENTRAL AVE., #100
GLENDALE, CA  91202
PHONE:  323-474-6366